# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GUY E. FRANKLIN,** | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION 1:23-00040-KD-C |
| | ) |
| **AUSTAL USA, LLC**, | ) |
|     Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 51) made under 28 U.S.C. § 636(b)(1) and S.D. Ala. GenLR 72(c) and dated February 26, 2024, is **ADOPTED** as the opinion of the Court. Accordingly, it is **ORDERED** that Defendant Austal USA LLC's partial motion to dismiss (Doc. 27) is **GRANTED**, and further, that this Court retains jurisdiction over the state claims in Counts V (negligence/gross negligence) and VI (invasion of privacy) of Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1367.

**DONE** and **ORDERED** this the **5th** day of **March 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**