# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GUY E. FRANKLIN,** | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:23-cv-00040-KD-C |
| | ) |
| **AUSTAL USA, LLC,** | ) |
|     Defendant. | ) |

## **JUDGMENT**

In accordance with the Order entered January 3, 2025, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Austal USA, LLC and against Plaintiff Guy E. Franklin.

    **DONE** this the **6th** day of **January 2025.**

                                                /s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**